**Peter ARIS, Petitioner-Appellant,**

**v.**

**BIG TEN TAXI CORPORATION, Employers Service Corporation and Florida Industrial Commission, Respondents-Appellees.**

**No. 31149**

**Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

May 4, 1971.

* [1] Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of

Peter Aris, pro se.

G. A. Haddad, Miami, Fla., Patrick H. Mears, Gen. Counsel, Tallahassee, Fla., James R. Parks, Samuel O. Hoffman of Preddy, Haddad, Kutner Hardy, P. A., Miami, Fla., for respondents-appellees.

Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.

PER CURIAM:

■ Peter Aris has appealed from the district court's dismissal of his petition for review of an order of the Florida Supreme Court denying certiorari. The district court correctly held that it lacked jurisdiction over the subject matter of the suit. See 28 U.S.C. §§ 1331 et seq., 1257(3); Iacaponi v. New Amsterdam Casualty Company, W.D.Pa.1966, 258 F.Supp. 880, 884, affirmed 379 F.2d 311, cert. denied 1968, 389 U.S. 1054, 88 S.Ct. 802, 19 L.Ed.2d 849. The order appealed from is due to be and is hereby affirmed.

Affirmed.